**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNUM LIFE INSURANCE
COMPANY OF AMERICA**                               **PLAINTIFF/COUNTER DEFENDANT**

**VS.**                            **4:09CV00244-WRW**

**WOOTEN EPES**                              **DEFENDANT/COUNTER PLAINTIFF**

**JUDGMENT**

Based on the Order entered this date, this case is DISMISSED WITH PREJUDICE, in its entirety.

IT IS SO ORDERED this 27th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1